**UNITED STATES of America**
**Plaintiff-Appellee**

v.

**Angel Alberto FLORES, also known as Jose Francisco Ochoa-Armenta, also known as Angel A. Flores, also known as Vincent Sanchez Defendant-Appellant**

**No. 16-3961**

United States Court of Appeals, Eighth Circuit.

Submitted: August 3, 2017

Filed: August 9, 2017

1. The Honorable D.P. Marshall Jr., United States District Judge for the Eastern District of Arkansas.

Megan A. Healy, Assistant U.S. Attorney, U.S. Attorney's Office, District of North Dakota, Fargo, ND, for Plaintiff-Appellee

Angel Alberto Flores, Pro Se

Before GRUENDER, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Angel Flores directly appeals from the sentence the district court[1] imposed after he pleaded guilty to an immigration offense under a plea agreement that contained an appeal waiver. His counsel has moved to withdraw and filed a brief under Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), suggesting that Flores may have received ineffective assistance of counsel, and raising several sentencing issues.

We conclude that the appeal waiver is enforceable. In particular, we note that Flores's own statements at the change-of-plea hearing indicated that he knowingly and voluntarily entered into the plea agreement and appeal waiver. See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (de novo review of validity and applicability of appeal waiver); United States v. Andis, 333 F.3d 886, 890-92 (8th Cir. 2003) (en banc) (discussing enforcement of appeal waivers); Nguyen v. United States, 114 F.3d 699, 703 (8th Cir. 1997) (defendant's representations during plea-taking carry strong presumption of verity).

As to the ineffective-assistance claim, we decline to consider it on direct appeal. See United States v. Ramirez-Hernandez, 449 F.3d 824, 826-27 (8th Cir. 2006) (noting that ineffective-assistance claims are usually best litigated in collateral proceedings

where the record can be properly developed).

Furthermore, we have independently reviewed the record under Penson v. Ohio, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and have found no non-frivolous issues for appeal outside the scope of the appeal waiver. Accordingly, we grant counsel's motion, and we dismiss this appeal

---

1. The Honorable Ralph R. Erickson, United States District Judge for the District of North Dakota.